DELIA SHEFFIELD, an Infant, by ALFRED SHEFFIELD, Her Guardian ad Litem, and ALFRED SHEFFIELD, Respondents, v. JOHN C. YAGER and EMILY YAGER, Appellants, and JOSEPH BEAURY, Respondent.— Judgment, as amended, and the order, so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

ATTILIO FUSCO and Others, Appellants, and ALBERTUS F. POWERS, Plaintiff, v. TRANSAMERICA CORPORATION and INTERCONTINENTAL CORPORATION, Respondents. ATTILIO FUSCO, Appellant, v. TRANSAMERICA CORPORATION and INTERCONTINENTAL CORPORATION, Respondents.— Judgments and orders unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

HOWARD PHELPS, Respondent, v. DAY SERVICE STATION, INC., Appellant, Impleaded with Another, Defendant.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.; Martin, P. J., and Cohn, J., dissent and vote to reverse and dismiss the complaint.

ISRAEL KABRAM and Others, Copartners, etc., Respondents, v. COCHRAN ESTATE, INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROSE GUBERNICK, Appellant.— Judgment and order unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

THE 35TH BRANCH OF THE VERHOVAY AID ASSOCIATION, a Domestic Corporation, Respondent, v. JULIUS VOLGYI, Defendant, Impleaded with JULIUS FEKETE, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

AMERIGO CERSOSIMO, Appellant, v. ELIZABETH CERSOSIMO, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. COURTNEY C. ELCOCK, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

In the Matter of the Application of THOMAS A. HEANEY, JR., and Others Similarly Situated, Petitioners, to Review the Determination of JOSEPH D. McGOLDRICK, as Comptroller of the City of New York, Respondent, as to the Prevailing Rate of Wages of Licensed Firemen in the City of New York.— Determination confirmed, with fifty dollars costs and disbursements to the respondent. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.; Dore, J., dissents and votes to annul determination and remit proceedings to the comptroller of the city of New York.

CITY MAINTENANCE CORP., as Assignee for ROBERT T. BATTLE, INC., and the BROADWAY MAINTENANCE CORP., Respondent, v. JOSEPH McDONALD, Doing Business as McDONALD'S BAR & GRILL, Appellant.— Determination unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.